UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:21CR70-2 |
| | ) | |
| JORDAN BROWN | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

At defendant Jordan Brown's arraignment, the Government acknowledged that Count Six of the indictment can be punished by a sentence of death. *See also* doc. 4 (Penalty Certification). Given that Brown is charged with a capital crime, he has moved for appointment of counsel "learned in the law applicable to capital cases," pursuant to 18 U.S.C. § 3005. Doc. 33. His motion is **GRANTED**. The court will appoint learned counsel.

So **ORDERED**, this 20th day of April, 2021.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia