IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:21-cr-70 |
| JORDAN BROWN, | |
| Defendant. | |

**O R D E R**

This matter comes before the Court on the Government's Motion for Order of Dismissal. (Doc. 86.)  Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court **GRANTS** the Government's Motion and **DISMISSES** Defendant Jordan Brown from the Indictment in the above-captioned case with prejudice.  The Court DIRECTS the Clerk of Court to TERMINATE Defendant Jordan Brown from this case.

**SO ORDERED**, this 5th day of October, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA